DAVID SCOTT KADIN, ESQ./SBN 90586
JERRY KAPLAN, ESQ./SBN 49142
KAPLAN, KENEGOS & KADIN
9150 Wilshire Boulevard, Suite 175
Beverly Hills, CA 90212

Telephone: (310)859-7700
Facsimile: (310)859-7773

Attorneys for Plaintiff
HERSEL MIKAELIAN

FILED

2001 FEB 20 PM 3:24

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERSEL MIKAELIAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID MURRAY, an individual, VAL YAVERBAUM, an individual, HD BROUS & CO.,INC. a corporation,<br><br>Defendants. | CASE NO. EDCV 00-514 VAP (JWJx) [Reassigned to Eastern Division - Riverside]<br><br>**NOTICE OF SETTLEMENT** |

TO THE HONORABLE VIRGINIA PHILLIPS, UNITED STATES DISTRICT JUDGE:

PLEASE TAKE NOTICE that the parties have settled the within action. The terms of the settlement are confidential, however, a dismissal of the action as to all parties will be filed by March 15, 2001.

ENTER ON ICMS

FEB 26 2001

DATED: February 16, 2001

KAPLAN, KENEGOS & KADIN

By [signature]
DAVID SCOTT KADIN
Attorneys for Plaintiff
HERSEL MIKAELIAN

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the county of Los Angeles, State of California. I am over the age of eighteen (18) and not a party to the within action; my business address is 9150 Wilshire Blvd., Suite 175, Beverly Hills, California 90212.

On February 16, 2001, I served the foregoing document described as **NOTICE OF SETTLEMENT** on the parties in this action by placing a copy thereof in a sealed envelope addressed as follows:

David Murray
303 Patterson Lane
Red Bank, New Jersey 07701

Lawrence R. Gelber, Attorney-at-Law
The Vanderbilt Plaza
34 Plaza Street, Suite 1107
Brooklyn, N.Y. 11238

Thomas L. Taylor, III
Randi Perry Spallina
Morgan, Lewis & Bockius LLP
300 South Grand Avenue
Twenty Second Floor
Los Angeles, CA 90071-3132

Val Yaverbaum
Trident Partners
500 N. Broadway
Jericho, New York 11753

[XX] BY U.S. MAIL
[XX] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same date at Beverly Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

EXECUTED on February 16, 2001, at Beverly Hills, California.

*Yvette Nisbet*
YVETTE NISBET