DAVID SCOTT KADIN, ESQ./SBN 90586
JERRY KAPLAN, ESQ./SBN 49142
KAPLAN, KENEGOS & KADIN
9150 Wilshire Boulevard, Suite 175
Beverly Hills, CA 90212

Telephone: (310)859-7700
Facsimile: (310)859-7773

Attorneys for Plaintiff
HERSEL MIKAELIAN

Priority ✓
Send
Enter ✓
Closed ✓
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U S DISTRICT COURT
APR 23 2001
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

LODGED
APR 18 2 35 PM '01
CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERSEL MIKAELIAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID MURRAY, an individual, VAL YAVERBAUM, an individual, HD BROUS & CO., INC. a corporation,<br><br>Defendants. | CASE NO. EDCV 00-514 VAP (JWJx)<br>[Reassigned to Eastern Division - Riverside]<br><br>~~(PROPOSED)~~ ORDER EXTENDING JURISDICTION OVER ACTION TO ENFORCE SETTLEMENT<br><br>Hearing Date: None Set<br>(To Be Submitted to Court) |

David Scott Kadin, counsel for Plaintiff HERSEL MIKAELIAN having represented to the Court that: (1) the parties have entered into a settlement agreement pursuant to which, upon certain terms and conditions the entire action would be dismissed, and (2) that Defendant DAVID MURRAY has failed to timely comply with the settlement agreement, and that Plaintiff MIKAELIAN wishes for the Court to extend the time over which it

ENTER ON ICMS
APR 25 2001

58

will retain jurisdiction over the action, and counsel having telephonically notified the clerk of the Court on April 18, 2001 of the above matters, and good cause appearing,

IT IS ORDERED that the Court shall retain jurisdiction over this action through June 15, 2001, and that upon further application of Plaintiff MIKAELIAN, it will continue to extend its jurisdiction.

Order submitted by:

KAPLAN, KENEGOS & KADIN

By ______________________
DAVID SCOTT KADIN
Attorneys for Plaintiff
HERSEL MIKAELIAN

Dated: April 20, 2001

______________________
THE HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT COURT JUDGE

## PROOF OF SERVICE

I am employed in the county of Los Angeles, State of California. I am over the age of eighteen (18) and not a party to the within action; my business address is 9150 Wilshire Blvd., Suite 175, Beverly Hills, California 90212.

On April 18, 2001, I served the foregoing document described as **(PROPOSED) ORDER EXTENDING JURISDICTION OVER ACTION** on the parties in this action by placing a copy thereof in a sealed envelope addressed as follows:

David Murray
303 Patterson Lane
Red Bank, New Jersey 07701

Lawrence R. Gelber, Attorney-at-Law
The Vanderbilt Plaza
34 Plaza Street, Suite 1107
Brooklyn, N.Y. 11238

Thomas L. Taylor, III
Randi Perry Spallina
Morgan, Lewis & Bockius LLP
300 South Grand Avenue
Twenty Second Floor
Los Angeles, CA 90071-3132

Val Yaverbaum
Trident Partners
500 N. Broadway
Jericho, New York 11753

[XX] BY U.S. MAIL
[XX] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same date at Beverly Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

EXECUTED on April 18, 2001, at Beverly Hills, California.

Wendy Barron