DAVID SCOTT KADIN, ESQ./SBN 90586
JERRY KAPLAN, ESQ./SBN 49142
KAPLAN, KENEGOS & KADIN
9150 Wilshire Boulevard, Suite 175
Beverly Hills, CA 90212

Telephone: (310)859-7700
Facsimile: (310)859-7773

Attorneys for Plaintiff
HERSEL MIKAELIAN

LODGED

2001 NOV -2 PM 2:15

CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

FILED
CLERK, U.S. DISTRICT COURT
NOV - 6 2001
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

Priority ✓
Send
Enter ✓
Closed ✓
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERSEL MIKAELIAN, an individual, Plaintiff, vs. DAVID MURRAY, an individual, VAL YAVERBAUM, an individual, HD BROUS & CO., INC. a corporation, Defendants. | CASE NO. EDCV 00-514 VAP (JWJx) [Reassigned to Eastern Division - Riverside] ~~(PROPOSED)~~ ORDER DISMISSING ACTION AND TERMINATING JURISDICTION OVER ACTION TO ENFORCE SETTLEMENT. Hearing Date: None Set (To Be Submitted to Court) |

✓ Docketed
✓ Copies / NTC Sent
JS - 5 / JS - 6
JS - 2 / JS - 3
✓ CLSD

David Scott Kadin, counsel for Plaintiff HERSEL MIKAELIAN, having represented to the Court that all of the parties have consummated their settlement of the above action, that the action can be dismissed with prejudice as to all parties, each party to bear their own costs, and that the Court may terminate jurisdiction to enforce the settlement, and



ENTER ON ICMS
NOV - 8 2001

62

Good cause appearing,

IT IS ORDERED that the the action is dismissed with prejudice as to all parties, each party to bear his, her or its costs of suit, and the Court terminates jurisdiction over this action.

Order submitted by:

KAPLAN, KENEGOS & KADIN

By [signature]
DAVID SCOTT KADIN
Attorneys for Plaintiff
HERSEL MIKAELIAN

Dated: November 6, 2001 [signature]
THE HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT COURT JUDGE

PROOF OF SERVICE

I am employed in the county of Los Angeles, State of California. I am over the age of eighteen (18) and not a party to the within action; my business address is 9150 Wilshire Blvd., Suite 175, Beverly Hills, California 90212.

On November 2, 2001, I served the foregoing document described as **(PROPOSED) ORDER DISMISSING ACTION AND TERMINATING JURISDICTION OVER ACTION** on the parties in this action by placing a copy thereof in a sealed envelope addressed as follows:

David Murray
303 Patterson Lane
Red Bank, New Jersey 07701

Lawrence R. Gelber, Attorney-at-Law
The Vanderbilt Plaza
34 Plaza Street, Suite 1107
Brooklyn, N.Y. 11238

Randi Perry Spallina
Morgan, Lewis & Bockius LLP
300 South Grand Avenue
Twenty Second Floor
Los Angeles, CA 90071-3132

Val Yaverbaum
Trident Partners
500 N. Broadway
Jericho, New York 11753

[XX] BY U.S. MAIL
[XX] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same date at Beverly Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

EXECUTED on November 2, 2001, at Beverly Hills, California.

Yvette Nisbet